UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2004 JUN -4 P 12: 35
U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| HAROLD WOODS, INDIVIDUALLY and<br>HAROLD WOODS AND RICHARD WOODS,<br>AS TRUSTEES OF THE TERRA REALTY TRUST<br>　　　Plaintiffs<br><br>v<br><br>THE INTERNAL REVENUE SERVICE<br>OF THE UNITED STATES OF AMERICA<br>　　　Defendant | } DOCKET NUMBER<br>}<br>} 04-40102<br>}<br>}<br>}<br>} CIVIL COMPLAINT<br>}<br>} |

### PARTIES

1. The plaintiff Harold Woods is an individual who resides at 171 Lancaster Avenue, Lunenburg, MA 01462. His social security number is 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.

2. The plaintiff Richard Woods is an individual who resides at 60 Turkey Hill Road, Lunenburg, MA 01462 and along with the Plaintiff Harold Woods is a Trustee of the Terra Realty Trust.

3. The Internal Revenue Service ("IRS") is an agency of the United States Government. Pursuant to Court decisions of the First Circuit, this suit is deemed to be a suit against the United States of America.

### JURISDICTION OF THE COURT

4. Jurisdiction of the Court is founded on the provisions of 28 U.S.C. §2410 (a)(5), inasmuch as the United States of America, through the IRS, claims a lien on real property commonly known as The Terra Realty Trust, of which the plaintiffs are alleged and claimed to be beneficiaries.



RECEIPT # 404337
AMOUNT $ 150.00
SUMMONS ISSUED ✓
LOCAL RULE 4.1 _____
WAIVER FORM _____
MCF ISSUED _____
BY DPTY CLK _____
DATE 6/4/04

## STATEMENT OF THE CASE

5. Harold Woods is alleged to owe a tax obligation to the United States of America.

6. While the amount of the obligation increases due to interest and penalties as time passes, the amount currently owed is in excess of $600,000.

7. The IRS alleges that Harold Woods as well as Richard Woods are beneficiaries of the Terra Realty Trust, and therefore the Trust property is a fit property upon which to assert a lien, which the IRS has done.

8. The IRS has filed a notice of levy and recorded a federal tax lien in the Worcester County, Massachusetts, North Registry of Deeds upon all the realty that may be owned by Harold Woods.

9. Among the realty that the IRS has encumbered is the realty owned by the Terra Realty Trust, which the IRS alleges Harold Woods to have a beneficial interest in.

10. Terra Realty Trust was established on September 11, 1986 and the Trust document was filed in the Worcester North Registry of Deeds, at Book 1503 Pages 37-40.

11. Harold Woods was one of the original beneficiaries of the Trust; however, at all times relevant to the IRS claim, Harold Woods has not been a beneficiary.

12. If he were still a beneficiary, he concedes the IRS would have a legal right and claim to his interest in the Trust.

13. However, neither Harold Woods nor Richard Woods has been a beneficiary of the Trust at any time relevant to the IRS claim.

14. By the express terms, conditions and provisions of the Trust, Harold Woods' beneficial interest and Richard Woods' beneficial interest were transferred to their issue upon their birth.

15. Both Harold Woods and Richard Woods did have children who were born before December 11, 1996.

16. Therefore, pursuant to the terms of the Trust, as of December 11, 1996 – and before that date – Harold Woods and Richard Woods held no beneficial interest in the Trust.

17. The IRS claims that Harold Woods presently has a beneficial interest in the Trust.

18. The IRS buttresses its claim, in spite of the clear language of the Trust and the unequivocal fact that Harold Woods had children before December 11, 1996, upon certain documents executed by Harold Woods and Richard Woods and the other Trustees of the Terra Realty Trust in their dealings with the Commerce Bank & Trust, Worcester, MA on December 11, 1996.

19. On or about December 11, 1996 the Terra Realty Trust applied to borrow money from Commerce Bank & Trust.

20. The closing of the loan occurred on December 11, 1996.

21. As part of the closing, the Bank's attorney, Pamela Massad, Esq., prepared documents that she felt were necessary to protect the Bank's interest.

22. Among the documents the Bank's attorney prepared were an "Amendment to the Declaration of Trust" that was executed by the Trustees, including Harold Woods and Richard Woods, and was recorded in the Worcester North Registry of Deeds, in Book 2947 Pages 59-60.

23. The other document pertinent to this complaint was a "Certificate of Appointment of Trustees of the Terra Realty Trust" which was prepared by the Bank's attorney and recorded in the Worcester North Registry of Deeds, in Book 2947 Page 61.

24. In the "Amendment", the Bank attorney refers to Harold Woods and Richard Woods and the other Trustees as 'beneficiaries'.

25. In fact, all of the signatories to the "Amendment" were Trustees and, according to the terms of the Trust, were not beneficiaries.

26. Neither Harold Woods nor Richard Woods nor any of the other signatories – all of whom were the Trustees but none of whom were beneficiaries – recognized or realized the mistake that the Bank's attorney had inadvertently grafted into the document.

27. Since that time, the Bank's attorney has stated under oath both in a deposition and by executing an affidavit pursuant to Massachusetts General Laws Chapter 183 § 5b that the "Amendment" was prepared by her staff and she did not check to verify the accuracy of what was contained in the document. Further, she has since verified that neither Harold Woods nor Richard Woods nor the other Trustees who signed the "Amendment" were beneficiaries.

28. In spite of this unequivocal statement that the documents were in error, the IRS continues to rely on them to make claim to the Terra Realty Trust as property in which Harold Woods and Richard Woods and other Trustees hold a beneficial interest.

29. Harold Woods and Richard Woods seek a determination by the Court that the IRS claim to any interest in Terra Realty Trust as a result of their and all other trustees having signed the above-referenced December 11, 1996 documents is unsupported in fact and law.

WHEREFORE Harold Woods seeks individually and he and Richard Woods seek on behalf of the Terra Realty Trust that the Court determine and declare that the IRS has no cognizable claim to any interest to the Terra Realty Trust because neither Harold Woods individually nor he and Richard Woods as Trustees on behalf of the Terra Realty Trust have no beneficial interest in the Terra Realty Trust.

HAROLD WOODS and RICHARD WOODS
By their attorney

Nathaniel D. Pitnof
BBO # 400660
250 Commercial Street, 420
Worcester, MA 01608
508-757-3000

# CIVIL COVER SHEET

JS 44 (Rev. 3/99)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
HAROLD WOODS, INDIVIDUALLY and HAROLD WOODS and RICHARD WOODS, TRUSTEES OF TERRA REALTY TRUST

**DEFENDANTS**
I.R.S.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **WORCESTER**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
NATHANIEL PITNOF
250 COMMERCIAL ST
WORCESTER, MA 01608
508-757-3001

ATTORNEYS (IF KNOWN)
**04-40102**

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☒ 890 Other Statutory Actions

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 USC § 2410 (a)(5)  Declaratory Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint.
JURY DEMAND: ☐ YES ☒ NO

## VIII. RELATED CASE(S) IF ANY
(See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE: 6-4-04
SIGNATURE OF ATTORNEY OF RECORD: /s/

FOR OFFICE USE ONLY
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __HAROLD WOODS v IRS__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___ I.   160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_ II.  195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,    *Also complete AO 120 or AO 121
            740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.       for patent, trademark or copyright cases

   ___ III. 110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
            315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
            380, 385, 450, 891.

   ___ IV.  220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
            690, 810, 861-865, 870, 871, 875, 900.

   ___ V.   150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   __NONE__

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES [X]   NO [ ]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES [ ]   NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES [ ]   NO [ ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES [ ]   NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES [X]   NO [ ]

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division [ ]     Central Division [X]     Western Division [ ]

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division [ ]     Central Division [ ]     Western Division [ ]

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES [ ]   NO [ ]

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME __NATHANIEL D. PITNOF__
ADDRESS __250 COMMERCIAL STREET, WORCESTER, MA 01608__
TELEPHONE NO. __508-757-3000__

Coversheetlocal.wpd - 10/17/02