UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD WOODS, ET AL. ) | |
| ) | |
| Plaintiff ) | Case No. 04-40102 |
| ) | |
| v. ) | |
| ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendants ) | |

**UNITED STATES' MOTION FOR EXTENSION OF 7 DAYS TO ANSWER OR OTHERWISE RESPOND**

The United States hereby requests the entry of an order enlarging, from October 8, 2004 up to and including October 15, 2004, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure.

Mr. Bertoldo, counsel for the United States, previously requested two extensions totaling 42 days to obtain the views of the Internal Revenue Service on whether the United States would assert a counterclaim to foreclose federal tax liens on the property at issue.  The United States has decided to assert a counterclaim for foreclosure but needs additional time to obtain the federal tax lien information necessary to plead that counterclaim.  Mr. Bertoldo believes that an additional 7 days is necessary to obtain that information.

WHEREFORE, the United States prays that this Court enlarge the time period for the United States to serve an answer or other responsive pleading up to and including October 15, 2004.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    BARBARA HEALY SMITH
    Assistant United States Attorney

    /s/ Alejandro L. Bertoldo
    ALEJANDRO L. BERTOLDO
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C.  20044
    Telephone: (202) 307-6019
    Email:  Alejandro.L.Bertoldo@usdoj.gov

CERTIFICATE OF SERVICE

    It is hereby certified that the attached *United States' Motion for Extension of Time to Answer or Otherwise Respond* has been filed electronically, with service to be made by the Court's electronic filing system. In addition, service has been made by the undersigned counsel, who caused a copy to be deposited in the United States mail, postage prepaid, this October 8, 2004, addressed as follows:

    Nathaniel D. Pitnof
    250 Commercial Street
    Suite 420
    Worcester, MA 01608

    Harold Woods
    171 Lancaster Ave.
    Lunenburg, MA 01462

    /s/ Alejandro L. Bertoldo
    ALEJANDRO L. BERTOLDO
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6019
    Email: Alejandro.L.Bertoldo@usdoj.gov