UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HAROLD WOODS, ET AL. ) | |
| ) | |
| Plaintiff ) | Case No. 04-40102 |
| ) | |
| v. ) | Judge: F. Dennis Saylor, IV |
| ) | |
| INTERNAL REVENUE SERVICE ) | |
| ) | |
| Defendants ) | |
| ) | |

**ASSENTED-TO MOTION BY THE UNITED STATES FOR EXTENSION
OF 14 DAYS TO ANSWER OR OTHERWISE RESPOND**

The United States hereby requests the entry of an order enlarging, from November 5, 2004 up to and including November 19, 2004, the time in which the United States shall be permitted to serve an answer, a motion, or such other response as may be permitted by the Federal Rules of Civil Procedure.

Mr. Bertoldo, counsel for the United States, last requested an extension of 14 days so that the parties could determine whether the plaintiff would dismiss its complaint, with the understanding that the United States would bring suit to foreclose on the property at issue, so that jurisdictional defects that Mr. Bertoldo believes exist may be cured. Counsel for the plaintiffs needs additional time to meet with his clients to determine whether they will agree to the government's proposal. Mr. Bertoldo believes that an additional 14 days are necessary to determine the course of this litigation. Counsel for the plaintiffs has assented to this motion.

WHEREFORE, the United States prays that this Court enlarge the time period for the United States to serve an answer or other responsive pleading up to and including November 19, 2004.

    Respectfully submitted,

    MICHAEL J. SULLIVAN
    United States Attorney

    BARBARA HEALY SMITH
    Assistant United States Attorney

    /s/ Alejandro L. Bertoldo
    ALEJANDRO L. BERTOLDO
    Trial Attorney, Tax Division
    U.S. Department of Justice
    Post Office Box 55
    Ben Franklin Station
    Washington, D.C. 20044
    Telephone: (202) 307-6019
    Email: Alejandro.L.Bertoldo@usdoj.gov

CERTIFICATE OF SERVICE

      It is hereby certified that the attached *United States' Motion for Extension of Time to Answer or Otherwise Respond* has been filed electronically, with service to be made by the Court's electronic filing system. In addition, the undersigned counsel has caused a copy to be deposited in the United States mail, postage prepaid, this November 5, 2004, addressed as follows:

> Nathaniel D. Pitnof
> 250 Commercial Street
> Suite 420
> Worcester, MA 01608

> /s/ Alejandro L. Bertoldo
> ALEJANDRO L. BERTOLDO
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 307-6019
> Email: Alejandro.L.Bertoldo@usdoj.gov