UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HAROLD WOODS, ET AL.     )
                                )
       Plaintiff          )     Case No. 04-40102
                                )
     v.                   )     Judge: F. Dennis Saylor, IV
                                )
INTERNAL REVENUE SERVICE  )
                                )
       Defendants     )

**UNITED STATES' MOTION TO STAY CASE**

The United States hereby requests the entry of an order staying the case at bar for 30 days, pending a report by the parties whether the case will be dismissed.  Mr. Bertoldo, counsel for the United States, last requested an extension of time to file an answer up to January 7, 2004, in order for the parties to discuss the form of a foreclosure complaint to be filed by the United States in place of the case at bar.  Since this last filing with the Court, Mr. Bertoldo and plaintiffs' counsel, Mr. Pitnof, have substantially agreed on the form of such a complaint.  The complaint will be manually filed by the United States tomorrow.

WHEREFORE, the United States prays that this Court stay the case at bar for 30 days, pending the Plaintiffs' determination whether to dismiss its case once the United States'

foreclosure complaint has been filed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BARBARA HEALY SMITH
Assistant United States Attorney

/s/ Alejandro L. Bertoldo
ALEJANDRO L. BERTOLDO
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 55
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 307-6019
 Email: Alejandro.L.Bertoldo@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

It is hereby certified that the attached *United States' Motion to Stay Case* has been filed electronically, with service to be made by the Court's electronic filing system.  In addition, the undersigned counsel has caused a copy to be deposited in the United States mail, postage prepaid, this January 26, 2005, addressed as follows:

> Nathaniel D. Pitnof
> 250 Commercial Street
> Suite 420
> Worcester, MA 01608


> /s/ Alejandro L. Bertoldo
> ALEJANDRO L. BERTOLDO
> Trial Attorney, Tax Division
> U.S. Department of Justice
> Post Office Box 55
> Ben Franklin Station
> Washington, D.C. 20044
> Telephone: (202) 307-6019
>  Email:  Alejandro.L.Bertoldo@usdoj.gov